43

Dove, J.

(No. 5687— )

Mario L. Gospodinoff, Claimant, *vs.* State of Illinois, Division of Vocational Rehabilitation, Respondent.

*Opinion filed December 18, 1969.*

Mario L. Gospodinoff, M.D., Claimant, pro se.

William J. Scott, Attorney General; Lee D. Martin, Assistant Attorney General, for Respondent.

Bookwalter, J.

(No. 5690— )

Evansville Association for the Blind, Inc., Claimant, *vs.* State of Illinois, Division of Vocational Rehabilitation, Respondent.

*Opinion filed December 18, 1969.*

Evansville Association for the Blind, Inc., Claimant, pro se.

William J. Scott, Attorney General; Lee D. Martin, Assistant Attorney General, for Respondent.

Dove, J.